IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | : CRIMINAL ACTION NO. 00-CR-273-2 |
| v. | : |
| | : |
| NAFIS WOODS | : |

### MEMORANDUM

The court is in receipt of correspondence from Defendant dated March 10, 2014. Therein he continues to claim that the sentence imposed is both erroneous and illegal. Defendant requests that the court correct the purported error. The court has previously addressed Defendant's claims and rejected them. For the same reasons as set forth in the court's Memorandum of November 14, 2011 (Docket No. 97), Defendant's request is denied.

AND NOW this 2nd. day of April, 2014, it, **IT IS HEREBY ORDERED** that:

1. The above referenced correspondence be filed and docketed;

2. Defendant's request is **DENIED**; and,

3. There is no cause to issue a certificate of appealability.

*Robert F. Kelly*
**ROBERT F. KELLY, J.**